# EXHIBIT 37

Civil Action No. 12-cv-01958 (BAH)

DECLARATION OF SHAINA D. JONES

Date: Tue, 15 Nov 2011 11:03:51 -0400
To: curtisofori@gmail.com
From: "stuart@readthehook.com" <stuart@readthehook.com>
Subject: article on Kathryn Russell
Cc:
Bcc:
X-Attachments:

Dear Mr. Ofori,

I am a reporter for the Hook newspaper in Charlottesville hoping to speak with you for an article I'm writing about Kathryn Russell and her mother, Susan Russell. I noticed that Susan Russell has posted your name and photo on her website coupled with her daughter's accusation against you, and I'd very much like to hear your thoughts. Have you made any efforts to have that information taken down? I also know that the lawsuit Kathryn filed against you has been nonsuited, and that prosecutors have declined to take her case. I'm open to hearing anything else you might be willing to share about how Kathryn's accusation has affected you.

I can be reached by email or at 434-295-8700 ext. 236.

Thanks, and I hope to speak with you soon.

Sincerely,
--
Courteney Stuart
Senior Editor
The Hook
100 Second St. NW
Charlottesville, VA 22902
434-295-8700 ext. 236

Date: Wed, 16 Nov 2011 16:38:47 -0400
To: curtisofori@gmail.com
From: "stuart@readthehook.com" <stuart@readthehook.com>
Subject: article on Kathryn Russell
Cc:
Bcc:
X-Attachments:

Dear Mr. Ofori,

I'm following up on my email from yesterday to see if you'll consider speaking with me for the article I'm writing about Kathryn and Susan Russell. I'll work hard to speak with people who can testify to your character, but I'd also very much like to include your personal perspective to help ensure the article is balanced.

I hope you'll consider. As I wrote before, I can be reached at 434-295-8700 ext. 236.

Best,

--
Courteney Stuart
Senior Editor
The Hook
100 Second St. NW
Charlottesville, VA 22902
434-295-8700 ext. 236

Date: Wed, 16 Nov 2011 11:43:30 -0400
To: info@certifymenow.org
From: "stuart@readthehook.com" <stuart@readthehook.com>
Subject: Trying to reach Curtis Ofori
Cc:
Bcc:
X-Attachments:

Dear Mr. Ofori,

I'm a reporter for the Hook newspaper in Charlottesville hoping to speak with you for an article I'm writing about Susan and Kathryn Russell. I can be reached at 434-295-8700 ext. 236.

Thanks for any assistance you can offer with this story.

Best,
--
Courteney Stuart
Senior Editor
The Hook
100 Second St. NW
Charlottesville, VA 22902
434-295-8700 ext. 236

```
Date: Wed, 16 Nov 2011 12:11:05 -0400
To: ono2m@virginia.edu
From: "stuart@readthehook.com" <stuart@readthehook.com>
Subject: Article on your brother
Cc:
Bcc:
X-Attachments:
```

Dear Mr. Ofori,

I'm a reporter for the Hook newspaper in Charlottesville working on an article about Susan and Kathryn Russell, and Kathryn's accusation against your brother. I've reached out to him and would also very much like to speak to you and any of his friends who can tell me a little more about him and the difficulties he's faced as a result of her accusation, which Susan Russell has posted on her website www.uvavictimsofrape.com.

I hope you'll be willing to speak with me. I can be reached by email or at 434-295-8700 ext. 236.

Sincerely,
--
Courteney Stuart
Senior Editor
The Hook
100 Second St. NW
Charlottesville, VA 22902
434-295-8700 ext. 236