# EXHIBIT 39

Civil Action No. 12-cv-01958 (BAH)

DECLARATION OF SHAINA D. JONES



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

1899 L Street, NW
Suite 200
Washington, DC 20036
(202) 508-1100 | Phone
(202) 861-9888 | Fax

Seth D. Berlin
202-508-1122
sberlin@lskslaw.com

November 6, 2012

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Donald Temple, Esq.
Temple Law Offices
1101 15th Street, NW
Suite 910
Washington, DC 20005

    Re:    **Curtis Ofori**

Dear Mr. Temple:

    This will respond to your letter dated October 26, 2012 and mailed on October 31, 2012.

    We respectfully disagree with the legal and factual contentions asserted in your letter, and do not think any good purpose would be served by addressing them further beyond the detailed response set forth in my letter dated October 23, 2012.

    We also find it unfortunate that you and your client have not responded *The Hook*'s invitation to provide a statement or further information/documentation, and have instead threatened litigation by attaching a draft Complaint. We believe that instituting a lawsuit against *The Hook* would be ill-advised, but, should your client elect to do so, my client will vigorously defend itself.

    If you have any questions or would like to discuss the foregoing, please do not hesitate to contact me.

    Very truly yours,

    LEVINE SULLIVAN KOCH & SCHULZ, LLP

    By: _____
    Seth D. Berlin