IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CURTIS OFORI,**<br><br>    Plaintiff,<br><br>v.<br><br>**BETTER PUBLICATIONS, LLC,**<br><br>    Defendant. | Civil Action No. 12-cv-01958 (BAH) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Special Motion to Dismiss Pursuant to the D.C. Anti-SLAPP Act, D.C. Code § 16-5502(a), the parties submissions in support thereof and in opposition thereto, and the record herein, it is hereby, this _____ day of _____, 2013,

**ORDERED** that said Special Motion to Dismiss is **GRANTED**, and it is hereby

**FURTHER ORDERED** that plaintiff's Complaint is **DISMISSED WITH PREJUDICE** against defendant Better Publications, LLC, and it is hereby

**FURTHER ORDERED** that, pursuant to Rule 54(d)(2)(B), defendant Better Publications, LLC may file, within 14 days of the date hereof, any motion pursuant to D.C. Code § 16-5504(a) for an award of the costs of litigation hereof, including attorneys' fees.

_____
Beryl A. Howell
United States District Court Judge