IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CURTIS OFORI,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**BETTER PUBLICATIONS, LLC,**<br><br>       **Defendant.** | Civil Action No. 12-cv-01958 (BAH) |

**DEFENDANT'S MOTION TO DISMISS PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

      Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Better Publications, LLC hereby respectfully moves for an order dismissing the Complaint with prejudice. For the reasons set forth more fully in the accompanying Combined Memorandum of Points and Authorities in Support of Defendant's Special Motion to Dismiss Pursuant to the D.C. Anti-SLAPP Act and Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Declaration of Shaina D. Jones and exhibits attached thereto, the Court should dismiss the complaint for failure to state a claim upon which relief can be granted.

      WHEREFORE, for the reasons set forth more fully in the accompanying memorandum, declaration in support thereof and exhibits attached thereto, Defendant respectfully requests that the Court grant its motion to dismiss and enter judgment in its favor dismissing the Complaint with prejudice.

## **REQUEST FOR HEARING**

Pursuant to Local Rule 7(f) of this Court, Defendant respectfully requests that the Court hold a hearing on this motion.

Dated: May 2, 2013

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By:   /s/ Seth D. Berlin
    Seth D. Berlin (Bar No. 433611)
    Shaina D. Jones (Bar No. 1002801)

1899 L Street, NW
Suite 200
Washington, DC  20036-5514
Telephone:  (202) 508-1100
Facsimile:  (202) 861-9888
sberlin@lskslaw.com
sjones@lskslaw.com

*Counsel for Defendant Better Publications, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May 2013, I served the foregoing **DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), COMBINED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S SPECIAL MOTION TO DISMISS PURSUANT TO THE D.C. ANTI-SLAPP ACT AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), DECLARATION OF SHAINA D. JONES** (and exhibits thereto), **NOTICE OF PRIOR FILING OF SUPPORTING MEMORANDUM AND DECLARATION, AND INCORPORATION BY REFERENCE** and **PROPOSED ORDER** by hand delivery and via the Court's CM/ECF system, upon:

Donald M. Temple
1101 15th Street, NW
Suite 910
Washington, DC 20005

*Counsel for Plaintiff*

                                                    /s/ Seth D. Berlin
                                                    Seth D. Berlin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CURTIS OFORI,**

      **Plaintiff,**

**v.**

**BETTER PUBLICATIONS, LLC,**

      **Defendant.**

Civil Action No. 12-cv-01958 (BAH)

### NOTICE OF PRIOR FILING OF SUPPORTING MEMORANDUM AND DECLARATION, AND INCORPORATION BY REFERENCE

On this date, Defendant Better Publications, LLC is contemporaneously filing (1) a Special Motion to Dismiss Pursuant to the D.C. Anti-SLAPP Act ("Defendant's Anti-SLAPP Motion") [Dkt. 8] and (2) a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Defendant's Rule 12(b)(6) Motion").  Because there is overlap between the two motions, Defendant has prepared one Combined Memorandum of Points and Authorities ("Combined Memorandum") and one combined supporting declaration, the Declaration of Shaina D. Jones (and exhibits 1-40 thereto) ("Jones Declaration"), in support of both motions. As instructed by the Clerk's Office, and to avoid burdening the Court with duplicative filings, Defendant has filed the Combined Memorandum and Jones Declaration with Defendant's Anti-SLAPP Motion and is submitting this Notice with Defendant's Rule 12(b)(6) Motion.  Defendant incorporates by reference the already-filed Combined Memorandum and Jones Declaration, and respectfully refers the Court to those filings for a statement of the reasons for granting Defendant's Rule 12(b)(6) Motion.

Dated: May 2, 2013	Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: /s/ Seth D. Berlin
    Seth D. Berlin (Bar No. 433611)
    Shaina D. Jones (Bar No. 1002801)

1899 L Street, NW
Suite 200
Washington, DC  20036-5514
Telephone:  (202) 508-1100
Facsimile:  (202) 861-9888
sberlin@lskslaw.com
sjones@lskslaw.com

*Counsel for Defendant Better Publications, LLC*