IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CURTIS OFORI,**<br><br>    Plaintiff,<br><br>v.<br><br>**BETTER PUBLICATIONS, LLC,**<br><br>    Defendant. | Civil Action No. 12-cv-01958 (BAH) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), the parties' submissions in support thereof and opposition thereto, and the record herein, it is hereby, this _____ day of _____, 2013,

**ORDERED** that said Motion to Dismiss is **GRANTED**, and it is hereby

**FURTHER ORDERED** that plaintiff's Complaint is **DISMISSED WITH PREJUDICE** against defendant Better Publications, LLC.

_____
Beryl A. Howell
United States District Court Judge