# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CURTIS OFORI,** | : |
| **Plaintiff,** | : |
| | : Civil Action No. 12-cv-01958 (BAH) |
| **BETTER PUBLICATIONS, LLC,** | : |
| **Defendant.** | : |
| _____ | : |

## PRAECIPE OF DISMISSAL

Plaintiff, by and through undersigned counsel, hereby dismisses the instant complaint

Respectfully submitted,

*Donald M. Temple*
Donald M. Temple,
D.C. Bar No. 408789
1101 15th Street, NW
Suite 910
Washington, D.C. 20005
Dtempelaw@gmail.com
*Counsel for Plaintiff*